# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION
# CASE NO. 1:17-CV-40

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS LINDERMAN GRAHAM, INC., <br><br> Defendant. | **DEFENDANT'S NOTICE OF DISPOSITIVE MOTION** <br> **(L.R. 56.1(a))** |

NOW COMES Defendant, Thomas Linderman Graham, Inc. and pursuant to Local Rule 56.1(a) hereby gives notice of its intention to file a dispositive motion, pursuant to F.R.C.P. 56, subject to a pending Joint Motion for Stay [DE 28] sought by all parties.

This the 29th day of March 2018.

/s/Theodore B. Smyth
Theodore B. Smyth
NC State Bar 10045
**CRANFILL SUMNER & HARTZOG LLP**
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
Email: tsmyth@cshlaw.com
*Attorneys for Defendant Thomas Linderman Graham, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION
## CASE NO. 1:17-CV-40

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, </br></br>　　　　　　Plaintiff, </br></br>　　v. </br></br>THOMAS LINDERMAN GRAHAM, INC., </br></br>　　　　　　Defendant. | **CERTIFICATE OF SERVICE** |

　　I hereby certify that on the 29th day of March, 2018, the foregoing *Notice of Intent to File Dispositive Motion* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the following:

　　Amiel J. Rossabi
　　Gavin J. Reardon
　　arossabi@r2kslaw.com
　　greardon@r2kslaw.com

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/Theodore B. Smyth
　　　　　　　　　　　　　　　　　　Theodore B. Smyth
　　　　　　　　　　　　　　　　　　**CRANFILL SUMNER & HARTZOG LLP**
　　　　　　　　　　　　　　　　　　Post Office Box 27808
　　　　　　　　　　　　　　　　　　Raleigh, North Carolina 27611-7808
　　　　　　　　　　　　　　　　　　Telephone:　(919) 828-5100
　　　　　　　　　　　　　　　　　　Facsimile:　(919) 828-2277
　　　　　　　　　　　　　　　　　　Email:　　　tsmyth@cshlaw.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*