# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION
# CASE NO. 1:17-CV-40

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS LINDERMAN GRAHAM, ) <br> INC., ) <br> ) <br> Defendant. ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES** <br> **(Rule 41(a)(ii))** |

NOW COME all parties to this action and pursuant to Federal Rules of Civil Procedure Rule 41(a)(ii) and through their counsel hereby jointly stipulate to and take a Dismissal with Prejudice of any and all claims in this action, each party bearing its own costs.

This the 1st day of November, 2019.

    Stipulated to by:

    /s/Amiel J. Rossabi
    Amiel J. Rossabi
    NC State Bar 16984
    **ROSSABI REARDEN KLEIN SPIVEY PLLC**
    Post Office Box 38278
    Greensboro, North Carolina 27438
    Telephone: (336) 895-4350
    Email: arossabi@r2kslaw.com
    *Attorneys for Plaintiff Houston Casualty Company.*

/s/Theodore B. Smyth
Theodore B. Smyth
NC State Bar 10045
**CRANFILL SUMNER & HARTZOG LLP**
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
Email: tsmyth@cshlaw.com
*Attorneys for Defendant Thomas Linderman Graham, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NO. 1:17-CV-40

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS LINDERMAN GRAHAM, INC., <br><br> Defendant. | **CERTIFICATE OF SERVICE** |

I hereby certify that on the 1st day of November, 2019, the foregoing *Joint Stipulation of Dismissal with Prejudice By All Parties* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Amiel J. Rossabi
arossabi@r2kslaw.com

Respectfully Submitted,

/s/Theodore B. Smyth
Theodore B. Smyth
**CRANFILL SUMNER & HARTZOG LLP**
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 828-2277
Email: tsmyth@cshlaw.com
*Attorneys for Defendant*